1020

THE STATE OF WASHINGTON, *Respondent,* v. JOHN
RAYMOND GOODWIN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81–1–01088–8, Jim Bates, J., entered June 30,
1982. *Affirmed* by unpublished opinion per Swanson, J.,
concurred in by Andersen, C.J., and Corbett, J.

THE STATE OF WASHINGTON, *Respondent,* v. MARVIN
CRENSHAW, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 54716, Thomas A. Swayze, Jr., J., entered
September 24, 1979. *Affirmed* by unpublished opinion per
Reed, C.J., concurred in by Petrich and Worswick, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. GARY
SCHMUCK, *Appellant.*

Appeal from a judgment of the Superior Court for Clal-
lam County, No. 4518, Tyler C. Moffett, J., entered January
8, 1981. *Dismissed* by unpublished opinion per Petrie, J.,
concurred in by Reed, C.J., and Petrich, J.

THE STATE OF WASHINGTON, *Respondent,* v. FRANCIS
M. SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 80–1–00349–4, James D. Roper, J., entered
November 24, 1980. *Dismissed* by unpublished opinion per
Worswick, J., concurred in by Reed, C.J., and Petrich, J.